IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WANDA MARTIN**  PLAINTIFF

v.  Case No. 4:18-cv-00865 KGB-JTR

**ANDREW SAUL, Commissioner,**
**Social Security Administration**  DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 14). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that the final decision of the Commissioner is affirmed. Plaintiff Wanda Martin's complaint is dismissed with prejudice.

It is so ordered this the 3rd day of March, 2020.

_____
Kristine G. Baker
United States District Judge