IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WANDA MARTIN**                                                             **PLAINTIFF**

v.                               Case No. 4:18-cv-00865 KGB-JTR

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order entered in this matter on this date, it is considered, ordered and adjudged that this action is dismissed with prejudice.

Dated this the 3rd day of March, 2020.

                                                                                       Kristine G. Baker
                                                                                       United States District Judge